MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
## MISSOURI COMMISSION ON HUMAN RIGHTS

| MICHAEL L. PARSON | ANNA S. HUI | AL LI | ALISA WARREN, PH.D. |
|---|---|---|---|
| GOVERNOR | DEPARTMENT DIRECTOR | COMMISSION CHAIR | EXECUTIVE DIRECTOR |

December 19, 2024

Robert K. Wayne
4209 Hedgemont Drive
St. Louis, MO 63128
Via Complainant Attorney Email: chrishesse@hgstl.com

### NOTICE OF RIGHT TO SUE

RE:  Wayne v. The Washington University d/b/a Washington University in St. Louis
     FE-03/24-37968; 560-2024-01809

The Missouri Commission on Human Rights (MCHR) is terminating its proceedings and issuing this notice of your right to sue under the Missouri Human Rights Act because you have requested a notice of your right to sue.

This letter indicates your right to bring a civil action within 90 days of this notice against the respondent(s) named in the complaint. Such an action may be brought in any circuit court in any county in which the unlawful discriminatory practice is alleged to have occurred but it must be brought no later than two years after the alleged cause occurred or its reasonable discovery. Upon issuance of this notice, the MCHR is terminating all proceedings relating to the complaint. No person may file or reinstate a complaint with the MCHR after the issuance of a notice of right to sue relating to the same practice or act. You are hereby notified of your right to sue the Respondent(s) named in your complaint in state circuit court. **THIS MUST BE DONE WITHIN 90 DAYS OF THE DATE OF THIS NOTICE OR YOUR RIGHT TO SUE IS LOST**.

You are also notified that the Executive Director is hereby administratively closing this case and terminating all MCHR proceedings relating to it. This notice of right to sue has no effect on the suit-filing period for any federal claims. This notice of right to sue is being issued as required by Section 213.111.1, RSMo, because it has been over 180 days after the filing of this complaint and MCHR has not completed its administrative processing.

In addition to the process described above, if any party is aggrieved by this decision of the MCHR, that party may appeal the decision by filing a petition under § 536.150 of the Revised Statutes of Missouri. Any such petition must be filed in the Circuit Court of Cole County.

(CONTINUED ON NEXT PAGE)

*The Missouri Commission on Human Rights is an equal opportunity employer/program.
Auxiliary aides and services are available upon request to individuals with disabilities.*

TDD/TTY: 1-800-735-2966   •   Relay Missouri: 711   •   www.labor.mo.gov/discrimination   •   Email: mchr@labor.mo.gov

**EXHIBIT 3**

RE:  Wayne v. The Washington University d/b/a Washington University in St. Louis
FE-03/24-37968; 560-2024-01809

Respectfully,

Alisa Warren, Ph.D.
Executive Director

CC:
The Washington University d/b/a Washington University in St. Louis
Attn:  Joseph J. Sklansky, Asst. Vice Chancellor & Associate General Counsel
1 Brooking Drive - Campus Box 1058
St. Louis, MO 63130
*Via Respondent Attorney/Contact Email*

Joseph  Sklansky
Assistant Vice Chancellor & Associate General Counsel, Washington University in St. Louis
Washington University-St. Louis
1 Brooking Drive - Campus Box 1058
Saint Louis, MO 63130
joseph_sklansky@wustl.edu

J. Christopher Hesse, Attorney
Lisa Spahr, Legal Assistant
Hesse Graville, LLC
13354 Manchester Road
Suite 210
Saint Louis, MO 63131
chrishesse@hgstl.com
lisaspahr@hgstl.com

*The Missouri Commission on Human Rights is an equal opportunity employer/program.
Auxiliary aides and services are available upon request to individuals with disabilities.*

TDD/TTY: 1-800-735-2966   •   Relay Missouri: 711   •   www.labor.mo.gov/discrimination   •   Email: mchr@labor.mo.gov