IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROBERT WAYNE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 4:24-cv-01723-MTS |
| v. ) | |
| ) | |
| THE WASHINGTON UNIVERSITY, ) | |
| D/B/A WASHINGTON UNIVERSITY, ) | |
| ) | |
| ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF CHANGE OF FIRM NAME, TELEPHONE AND FAX NUMBERS**

COMES NOW, Daniel J. Doetzel, attorney for Plaintiff and hereby notifies the Court and all parties to this action of his change of firm name, telephone number and fax number:

**THE HESSE GROUP, LLC**
**13354 Manchester Road, Suite 210**
**St. Louis, MO  63131**
**(314) 862-6542 – Direct Telephone**
**(314) 480-3937 – Telephone**
**(314) 480-3938 – Facsimile**
*dandoetzel@hgstl.com*

Please change your records to reflect the new contact information.

1

Respectfully submitted,

**THE HESSE GROUP, LLC**

By: */s/ Daniel J. Doetzel*
Daniel J. Doetzel, #46788(MO)
13354 Manchester Road, Suite 210
St. Louis, MO 63131
(314) 862-6542 – Telephone
(314) 480-3938 – Facsimile
*dandoetzel@hgstl.com*

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on the 28th day of February 2025, the foregoing was filed electronically with the Clerk of Court to be served by operation of the CM/ECF system upon all counsel of record.

*/s/ Daniel J. Doetzel*

2