# Exhibit 11

## Coonce, Angela

| | |
|---|---|
| **From:** | Coonce, Angela |
| **Sent:** | Wednesday, June 14, 2023 11:59 AM |
| **To:** | CFU Police - Command |
| **Subject:** | PAF's Overdue |
| **Attachments:** | Birthday List.xlsx |

**Importance:**           High

All —

As we discussed in the Leadership Meeting yesterday, there are numerous overdue performance appraisals. ▮▮▮▮ sent the new guidelines out in March.

The instructions we decided on were included in ▮▮▮▮ email. *"To help get the process up to speed, so some are not waiting until Dec or Jan/Feb of next year, March 2023 will be the month to complete 2022 performance appraisals for those with birthdays in December, January, February and March. Beginning in April, we will be on a regular cycle of completing appraisals per birthday month of each employee."*

To date, I have only received one PAF from the Patrol Division ▮▮▮▮ and 3 from Operations ▮▮▮▮ ▮▮▮▮.

If you look at the attached spreadsheet that ▮▮▮▮ sent out you will see that there are many overdue PAFs.

Please get this resolved ASAP and ensure we are providing quality appraisals. The deadline for completing all overdue PAFs is July 5th.

Moving forward, an audit will be conducted on the 15th of each month by ▮▮▮▮ designees on PAFs. If there are overdue PAFs, the supervisors and commanders will be held accountable.

On May 18th, I asked each of your to initiate your PAFs for the 2022/2023 period, I have not received anyone's yet. The WUPD command staff's PAFs are all due to me by June 26th for my completion by the July 1st, 2023 deadline.

I am adding a calendar invite to everyone's Outlook calendars to remind you to initiate your PAFs on January 1st each year. This will assist ▮▮▮▮ with merit planning for the next fiscal year.

PAFs for Sergeants and below will be conducted in the month of their birth as we have discussed.

As a reminder, each WUPD employee's performance appraisal must be sent to me for final approval and digital delivery to the employees.

Thanks,

Chief Coonce

1

CONFIDENTIAL

WU-0000243